FILED
 2010 Dec-15  PM 02:14
 U.S. DISTRICT COURT
   N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARTHA ANN COOPER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  2:08-CV-01170-KOB |
| ) | |
| AMERICA'S SERVICING CO., ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER

This case comes before the court on "Defendant America's Servicing Company, Inc's Motion for Summary Judgment." (Doc. 35.)  For the reasons stated in the Memorandum Opinion, filed contemporaneously with this Order, the court GRANTS Defendant's motion for summary judgment as to Counts I-V, ENTERS JUDGMENT in favor of Defendant on all claims asserted in those Counts, and DISMISSES those Counts WITH PREJUDICE.

Further, the court does not reach the motion for summary judgment as to the remaining claims, the state law claims asserted in Counts VI-IX.  The court DECLINES to exercise jurisdiction over the state claims that remain, and thus, DISMISSES Counts VI-IX WITHOUT PREJUDICE.

Costs taxes as paid.

DONE and ORDERED this 15th day of December, 2010.

_Karon O. Bowdre_
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE